IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 95-60706
Conference Calendar

———————————————

LAWRENCE BROWN,

                                        Plaintiff-Appellant,

versus

STATE OF MISSISSIPPI,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:95-CV-78-B-D
- - - - - - - - - -
April 17, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Appellant Lawrence Brown, a Mississippi prison inmate, has appealed the dismissal of his civil action.  Regardless of the remedy he sought or the citizenship of the parties, Brown has stated no nonfrivolous claim.  See Brown v. State of Mississippi, No. 4:95-CV-78-B-D (N.D. Miss. Oct. 10, 1995).

    JUDGMENT AFFIRMED.

_____

        Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.